IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREA KLEMKA** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **HNL LAB MEDICINE, et al.** | : | NO. 21-2167 |

## CIVIL JUDGMENT

AND NOW, this 14th day of October, 2022, in accordance with the verdict of the jury, IT IS ORDERED that Judgment is entered in favor of the defendants.

BY THE COURT:

ATTEST: */s/ Jennifer J. Fitzko*
        *Deputy Clerk*

Civ 1 (4/21)